THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,  Respondent,
 v.
 Christopher
 Patton Newell, Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2009-UP-431
Submitted September 1, 2009  Filed
 September 9, 2009   
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel
 Tommy Evans, Jr., and J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Christopher Patton Newell appeals his probation
 revocation, arguing the trial court erred by revoking his probation without
 first holding a full evidentiary hearing.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738  (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Newell's
 appeal and grant counsel's motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HUFF,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.